UNITED STATES of America, Plaintiff–Appellee,

v.

Aaron Scott BATTLE, a/k/a Flocko, Defendant–Appellant.

No. 13–6877.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 24, 2013.

Aaron Scott Battle, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Scott Battle appeals from the district court's order denying relief on his motion for modification of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Battle*, No. 1:98–cr–00322–NCT–3 (M.D.N.C. Mar. 15, 2013). We deny Battle's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*